ACCEPTED
03-14-00621-CV
4848160
THIRD COURT OF APPEALS
AUSTIN, TEXAS
4/10/2015 3:09:40 PM
JEFFREY D. KYLE
CLERK

## NO. 03-14-00621CV

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
4/10/2015 3:09:40 PM
JEFFREY D. KYLE
Clerk

IN THE COURT OF APPEALS

THE THIRD DISTRICT OF TEXAS

AUSTIN, TEXAS

FRANK SELIGER,

Appellant

V.

THE ETHIOPIAN EVANGELICAL CHURCH,

Appellee.

Appeal from the County Court at Law Number One
Travis County, Texas
Trial Court Case No. C-1-CV-14-005819
Hon. David Phillips, presiding

## APPELLEE'S MOTION FOR EXTENSION OF TIME TO FILE APPELLEE'S BRIEF

TO THE HONORABLE COURT OF APPEALS:

COMES NOW APPELLEE, ETHIOPIAN EVANGELICAL CHURCH, who files

this Motion for Extension of Time to File its Appeal Brief and respectfully shows

the following:

1. Appellee's deadline to file its Appeal Brief is April 10, 2015.

2. Part of the practice of Appellee's counsel involves a foreclosure prevention program. Due to the large volume of client facing foreclosure during the month of April, 2015, counsel for Appellee is in need of additional time to complete and file the Appellee's Appeal Brief.

3. Appellee requests a two-week extension of time on which to file its Appeal Brief to April 24, 2015.

WHEREFORE, PREMISES CONSIDERED, Appellee prays this Court grant its Motion for Extension of Time to File its Appeal Brief and extend its deadline to file same to April 24, 2015.

Respectfully submitted,

By: /s/ James Minerve

James Minerve
State Bar No. 24008692
115 Saddle Blanket Trail
Buda, Texas 78610
(210) 336-5867
(888) 230-6397 (Fax)
Attorney for Appellee

## CERTIFICATE OF CONFERENCE

On April 09, 2015, the undersigned counsel for Appellee conferred with pro se Appellant, Fran Seliger, concerning the foregoing Motion and Mr. Seliger stated that he is not opposed to this Motion. See Exhibit A.

/s/ James Minerve

James Minerve

## CERTIFICATE OF SERVICE

I hereby certify that on this 10th day of April, 2015 a true and correct copy of the above and foregoing document was sent via Efile.txcourts.gov electronic filing notification system and via e-mail to the parties of record listed below:

Appellant Pro Se: Frank Seliger
2108 East Yager Lane
Austin, Texas 78754
E-mail: digitalfranks@att.net

/s/ James Minerve

James Minerve

## Maria Rogers

| | |
|---|---|
| **From:** | Frank Seliger <digitalfranks@att.net> |
| **Sent:** | Thursday, April 9, 2015 12:20 PM |
| **To:** | Maria Rogers |
| **Subject:** | RE: (Ethiopian Church/Seliger) REQUEST FOR EXTENSION TO FILE APPEAL BRIEF ON BEHALF OF ETHIOPIAN CHURCH |

Hi Maria.

No problem on the extension. You all were very nice about my Appeliant's Brief extension... so I will gladly do the same for you. If you need more time than the two weeks... just let me know.

Helping people with foreclosure problems is important work. Good luck in your efforts.

Yours sincerely,

Frank Seliger

**From:** Maria Rogers [mailto:mr@minervelaw.com]
**Sent:** Thursday, April 9, 2015 9:35 AM
**To:** digitalfranks@att.net
**Cc:** Kevin Gates; James Minerve; James Minerve
**Subject:** (Ethiopian Church/Seliger) REQUEST FOR EXTENSION TO FILE APPEAL BRIEF ON BEHALF OF ETHIOPIAN CHURCH
**Importance:** High

Mr. Seliger: Our deadline to file the appeal brief for our client is this Friday, April 10th. Due to the large volume of clients we had this past Tuesday facing foreclosure on that day, we had to shift gears and work towards stopping the foreclosures for these clients and we now need additional time to complete and file our appeal brief. We are requesting your agreement to a two week extension of time to file our brief. That would put our deadline to Friday, April 24th. We agreed to your request for extension of time to file in this case and we hope that you will reciprocate. Thank you in advance for your courtesy.

Sincerely,
Maria Rogers
Legal Assistant

**The Minerve Law Firm**
115 Saddle Blanket Trail
Buda, Texas 78610
Tel: 888-819-1440 Ext. 102
Fax: 888-230-6397
Email: mr@minervelaw.com
Website: www.minervelaw.com